BERGEN BARREL & DRUM CO. v. INDUSTRIAL ARTCRAFT CO.

January 24, 1983.

Petition for certification denied.

---

SYLVIA MAYER v. UMBERTO LOMBARDO.

January 24, 1983.

Petition for certification denied.

---

UMBERTO LOMBARDO v. GACCIONE, POMACO, PATTON & BECK.

January 24, 1983.

Petition for certification denied.

---

STATE OF NEW JERSEY v. CHANNEL HOME CENTERS.

January 24, 1983.

Petition for certification denied.